# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTICE SIMPSON,<br><br>            Plaintiff,<br><br>    v.<br><br>VO, MD, et al.,<br><br>            Defendants. | CASE NO. 1:05-CV-00054-AWI-LJO-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT VO'S MOTION TO DISMISS WITHIN TWENTY DAYS<br><br>(Doc. 15) |

Plaintiff Artice Simpson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2006, defendant Vo filed a motion to dismiss. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

Plaintiff is required to file an opposition or a statement of non-opposition within **twenty (20) days** from the date of service of this order. <u>The failure to file an opposition or a statement of non-opposition in compliance with this order will result in dismissal of this action, with prejudice</u>.

IT IS SO ORDERED.

**Dated:   May 8, 2006**             /s/ Lawrence J. O'Neill
b9ed48                               UNITED STATES MAGISTRATE JUDGE

1