# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTICE SIMPSON, | CASE NO. 1:05-CV-00054-AWI-LJO-P |
| Plaintiff, | ORDER STRIKING FILING FOR LACK OF SIGNATURE |
| v. | (Doc. 22) |
| VO, MD, et al., | |
| Defendants. | |

Plaintiff Artice Simpson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 13, 2006, plaintiff filed an unsigned document.[1] All filings submitted by the court must bear the signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Pursuant to paragraph two of the First Informational Order, plaintiff's filing is HEREBY STRICKEN FROM THE RECORD for lack of signature.

IT IS SO ORDERED.

**Dated:   July 20, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE

---

[1] Although the document is entitled "Motion to Proceed . . . ." by plaintiff, the purpose of the document is unclear. It is accompanied by evidence, but other than the caption, it does not seek any recognizable relief.

1