UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTICE SIMPSON, | 1:05-cv-00054-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21) |
| vs. | |
| VO, MD, et al., | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** (Doc. 15) |
| Defendants. | |
| / | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST** |

Plaintiff Artice Simpson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 27, 2006, the Magistrate Judge filed a Findings and Recommendations that recommended Defendant's motion to dismiss be granted. The Findings and Recommendations were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 27, 2006, are ADOPTED IN FULL;

2. Defendant Vo's unenumerated Rule 12(b) motion, filed March 30, 2006, is GRANTED; and,

3. This action is therefore DISMISSED in its entirety, without prejudice, based on plaintiff's failure to exhaust the available administrative remedies.

IT IS SO ORDERED.

**Dated:   September 16, 2006**          **/s/ Anthony W. Ishii**
0m8i78                                                          UNITED STATES DISTRICT JUDGE